AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARY SHANK<br>*as Personal Representative of the estate of*<br>Matthew Shank Deceased<br><br>  Plaintiff<br><br>  v.<br><br>OSCAR MARTINEZ<br>*Sheriff of Lake County Indiana*<br>*TERMINATED: 08/10/2023*<br><br>LAKE COUNTY SHERIFF'S DEPARTMENT<br>*TERMINATED: 08/10/2023*<br><br>LAKE COUNTY INDIANA<br>*TERMINATED: 08/10/2023*<br><br>TOWN OF ST. JOHN<br><br>TOWN OF ST. JOHN, POLICE DEPARTMENT<br><br>STEVEN FLORES<br>*Chief of the Town of St John Police Department*<br><br>MICHAEL ZENK<br>*Warden*<br>*TERMINATED: 08/10/2023*<br><br>DR WILLIAM FORGERY<br>*in his official capacity as Medical Director of the Lake County Jail*<br>*TERMINATED: 10/20/2023*<br><br>CORRECTIONAL HEALTH INDIANA, INC.<br>*TERMINATED: 10/20/2023*<br><br>UNKNOWN EMPLOYEES OF CORRECTIONAL HEALTH INDIANA INC<br>*TERMINATED: 10/20/2023*<br><br>UNKNOWN EMPLOYEES OF THE LAKE COUNTY SHERIFF<br>*TERMINATED: 10/20/2023*<br><br>NEIL OLSON<br>*Officer* | Civil Action No. 2:21-cv-70 |

Defendants                )

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** other: JUDGMENT IS ENTERED in favor of Defendants, Town of St. John, Town of St. John, Police Department, Steven Flores, Neil Olson, and against Plaintiff, Mary Shank, as Personal Representative of the estate of Matthew Shank Deceased.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on Defendants' Motion for Summary Judgment.

DATE: 01/21/2025                    *Chanda J. Berta, Clerk of Court*

                                    by   s/J. Barboza
                                         *Signature of Clerk or Deputy Clerk*